JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (~~OR PARTIES~~) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8.14.12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZULMAI NAZARZAI,<br><br>    Petitioner,<br><br>vs.<br><br>SANDRA HUTCHENS,<br><br>    Respondent. | Case No. SACV 11-1160-DMG (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 13, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY